IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ANTHONY LEON SUMMERS | § | |
| VS. | § | CIVIL ACTION NO. 1:076cv376 |
| DIRECTOR, TDCJ-CID | § | |

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Anthony Leon Summers, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus.  The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge,  for consideration pursuant to applicable orders of this court.  The magistrate judge has submitted a Report and Recommendation recommending the petition be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the records, pleadings and all available evidence.  No objections were filed to the Report and Recommendation.

## ORDER

Accordingly, the conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  A final judgment shall be entered denying the petition.

**SIGNED** this the 26 day of **July, 2007.**

Thad Heartfield
United States District Judge